**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
VOTEHEMP, INC.                          )
                                        )
       Plaintiff,                       )
                                        )
v.                                      )
                                        )
                                        )
DRUG ENFORCEMENT ADMINISTRATION         )   Civil Action No. 02-985 (RBW)
et al.,                                 )
       Defendants                      )
_____)

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER
AS TO REMAINING DOCUMENTS IN DISPUTE**

Pursuant to the Court's minute order entered on June 13, 2005, plaintiff VoteHemp, Inc. ("VoteHemp") hereby respectfully moves the Court for entry of an order requiring disclosure to plaintiff by defendant Drug Enforcement Administration ("DEA") of the four documents remaining in dispute in this case: document 389; and the segregable factual portions of documents 351-53; 386; and 438-51.

                Respectfully submitted,

                /s/
                _____

                Joseph E. Sandler (D.C. Bar No. 255919)
                SANDLER, REIFF & YOUNG, P.C.
                50 E Street, S.E.  # 300
                Washington, D.C. 20003
                Telephone: (202) 479-1111
                Facsimile: (202) 479-1115

                Attorneys for Plaintiff VoteHemp, Inc.

Dated: June 27, 2005